UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:23-CR-00023-01 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| KIRK AUGUST (01) | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 58] of the Magistrate Judge, recommending that the defendant's Motion to Suppress [doc. 39] be denied. The court has conducted an independent review of the record and finds that the Report and Recommendation is correct under applicable law. Accordingly, **IT IS ORDERED** that the Report and Recommendation [doc. 58] be **ADOPTED** and that the Motion to Suppress be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 7th day of March, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**