**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:23-cr-00023** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **KIRK AUGUST** | : | **MAGISTRATE JUDGE LEBLANC** |

**REPORT AND RECOMMENDATION ON FELONY**
**GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge on March 28, 2024, at which time the defendant expressed a desire to waive his right to plead guilty before a District Judge and to enter a plea before the U. S. Magistrate Judge. Defendant indicated on the record his desire to consent to proceed before the undersigned and executed a waiver. Defendant was at all times represented by counsel, Aaron Albert Adams.

After said hearing and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, that his guilty plea to Count One of the Indictment is fully supported by the written factual basis acknowledged by defendant orally in court and by his signature on the written document. This factual basis supports each essential element of the offense to which the defendant pled.

1

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the conditional guilty plea of the defendant, KIRK AUGUST, in accordance with the terms of the plea agreement reserving to him the right to appeal the denials of his motion to suppress [doc. 39] and his motion to dismiss [doc. 38], and that he be finally adjudged guilty of the offense charged in Count One of the Indictment.

Sentencing is set for July 11, 2024, at 1:30 p.m., before the Honorable James David Cain, Jr. in Lake Charles, Louisiana. Defendant's presentencing memorandum is due 14 days before the sentencing hearing, and any response by the government is due 7 days thereafter. Defendant is to remain in the custody of the U.S. Marshal pending sentencing.

**THUS DONE AND SIGNED** in Chambers this 28th day of March, 2024.

THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE