UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:23-cr-00023 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| KIRK AUGUST | : | MAGISTRATE JUDGE LEBLANC |

# JUDGMENT

Before the court is a Report and Recommendation [doc. 78] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the record and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One of the Indictment, reserving to him his right to appeal the denials of his motion to suppress and motion to dismiss.

Sentencing is set for July 11, 2024, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana. Defendant's presentencing memorandum is due 14 days before the sentencing hearing, and any response by the government is due 7 days thereafter.

**THUS DONE AND SIGNED** in Chambers on the 3rd day of April, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE